**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 212 WAL 2022
               : 
           Respondent       : 
               :    Petition for Allowance of Appeal
               :    from the Order of the Superior Court
           v.              : 
               : 
               : 
LUKE WILLIAM HOOVER,        : 
               : 
           Petitioner        : 

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.